IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| **FEDERAL NATIONAL MORTGAGE ASSOCIATION,** | § § § | |
| **Plaintiff,** | § § | **Civil Action No.9:22-cv-00070** |
| v. | § § | **JUDGE MICHAEL J. TRUNCALE** |
| **ZACHARY THOMAS TETER,** | § § § | |
| **Defendant.** | § | |

## CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT

It appears from the record that service of Summons and Original Complaint has been made, that the named Defendant has failed to answer or otherwise defend as directed within the time allowed, and that Plaintiff Federal National Mortgage Association ("Plaintiff"), has shown that failure through affidavit or otherwise.

Now, therefore, the DEFAULT of the following named Defendant is hereby entered on the claims against them filed by Plaintiff:

- Zachary Thomas Teter.

Signed this  26th   day of  September        , 2022.



DAVID A. O'TOOLE
CLERK, U.S. DISTRICT COURT

*David A. O'Toole*

**By:** Leslea Williams
   **Deputy Clerk**